UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER JONES-MORGAN,

      Plaintiff,

v.                                    Case No: 8:16-cv-1519-T-36AEP

JP MORGAN CHASE BANK,

      Defendant.

_____/

# **ORDER**

This matter comes before the Court upon the Defendant's Motion to Stay Proceedings and Trial Date until Plaintiff is Available for Deposition (Doc. 46), and Plaintiff's Response to Court Orders and Response to Defendant's Motion to Stay (Doc. 54). In the motion, Defendant states that it postponed Plaintiff's deposition due to her medical issues. Plaintiff acknowledges that she has a serious medical condition, for which she has been placed on medical disability, that is prohibiting her from working and meaningfully assisting her lawyer in this litigation. The Court, having considered the motion and being fully advised in the premises, will grant-in- part Defendant's Motion to Stay Proceedings and Trial Date until Plaintiff is Available for Deposition.

Courts have broad discretion in managing their own dockets. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). This discretion includes the ability to stay matters if a movant demonstrates good cause and reasonableness. *James v. JPMorgan Chase Bank, N.A.*, 8:15-CV-2424-T-23JSS, 2016 WL 520031, at *1 (M.D. Fla. Feb. 9, 2016) (citing Fed.R.Civ.P. 26(c)(1)).

      **Accordingly, it is ORDERED**:

1.    Defendant's Motion to Stay Proceedings and Trial Date until Plaintiff is Available for Deposition (Doc. 46) is **GRANTED-IN-PART**.

2.      This case is stayed for ninety (90) days.

3.      The Court will *sua sponte* lift the stay in the case after the expiration of the ninety (90) days. Any party may move to lift the stay or extend the stay for good cause.

4.      Upon lifting the stay, the Court will enter an Amended Case Management and Scheduling Order setting forth new pre-trial and trial deadlines.

5.      The Clerk is directed to administratively close this case and terminate any pending motions. Any motions pending at the time the stay is entered may be renewed when the stay is lifted.

**DONE AND ORDERED** in Tampa, Florida on November 3, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any